Case 4:06-cr-00228-JTR   Document 7   Filed 07/20/06   Page 1 of 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 20 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

AO 245H (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN District of ARKANSAS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For a Petty Offense) — Short Form |
| AARON WHITLOW | CASE NUMBER: 4:06CR00228 JTR |
| | USM NUMBER: |
| | Defendant appeared Pro Se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 327.12(c) | Disruption of the Greers Ferry Project | 6/4/2005 | 1 |

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** * $40.00 | $ 5.00 | $ 35.00 |

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address: _____

Defendant's Mailing Address: _____

7/20/2006
Date of Imposition of Judgment

_(signature)_
Signature of Judge

J. Thomas Ray                U. S. Magistrate Judge
Name of Judge                Title of Judge

7/20/2006
Date

*It being a special condition that the Defendant shall refrain from entering the U. S. Army Corps of Engineers Greers Ferry Project until June 1, 2007. Must pay fine by 5:00 07/21/06